UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINDA M. SHEPPARD,

    Plaintiff,

v.

ANDREW SAUL,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 19-13079

Hon. George Caram Steeh
Hon. R. Steven Whalen

ORDER ACCEPTING REPORT AND RECOMMENDATION,
GRANTING DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT (ECF NO. 11), AND DENYING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT (ECF NO. 10)

On November 5, 2020, Magistrate Judge R. Steven Whalen issued a report and recommendation proposing that the court grant Defendant's motion for summary judgment and deny Plaintiff's motion for summary judgment. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject

or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Whalen's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Whalen's report and recommendation (ECF No. 13) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment (ECF No. 11) is GRANTED and Plaintiff's motion for summary judgment (ECF No. 10) is DENIED.

Dated:  December 1, 2020

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
December 1, 2020, by electronic and/or ordinary mail.

s/Brianna Sauve
Deputy Clerk

---